Michael E. Cardoza, Esq. (SBN 52264)
Jacqueline C. Murphy, Esq. (SBN 187732)
THE CARDOZA LAW OFFICES, INC.
1407 Oakland Blvd., Suite 200
Walnut Creek, California 94596
Telephone: (925) 274-2900
Facsimile:  (925) 274-2910
Email: jmurphy@cardolaw.com

Attorneys for Defendant
Emergency Construction Services, Inc.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MYRTLE STREET FLATS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF VALLEJO, a public entity; VINCENT SPROETE, an individual; JACK McARTHUR, an individual; DANILE E. KEEN, an individual; LONELL BUTLER, an individual; ROBERT CHAMBERS, an individual; MICHELLE HIGHTOWER, an individual; EMERGENCY CONSTRUCTION SERVICES, INC., a California Corporation; and DOES 1-25, <br><br> Defendants. | Case No. 2:17-CV-01662-JAM-KJN <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT EMERGENCY CONSTRUCTION SERVICES, INC. TO FILE AN ANSWER TO PLAINTIFF'S COMPLAINT** |

Pursuant to Civil L.R. 144(a), Plaintiff Myrtle Street Flats, LLC ("Plaintiff") and Defendant Emergency Construction Services, Inc., ("Defendant") by and through their attorneys of record, respectfully request that the Court give effect to this stipulation related to extending the time for Defendant to file an Answer to Plaintiff's Complaint. The parties, through counsel, hereby stipulate as follows:

1. Plaintiff filed his Complaint on August 10, 2017.

2. The original deadline for Defendant to file a response to the Complaint was September 12, 2017.

3. After meeting and conferring, Defendant agreed to extend the deadline to October 12, 2017 for Defendant to file a response to the Complaint.

4. Plaintiff and Defendants have met and conferred again regarding Defendant's deadline to file a response to Plaintiff's Complaint. Due to Defendant City of Vallejo's pending Motion to Dismiss, the parties agreed to extend the deadline for Defendant to file an answer to Plaintiff's Complaint until after said motion is heard.

5. If the Court grants the request to extend the deadline, Defendant's answer would be due on November 14, 2017 or twenty-one (21) days after the filing of an amended complaint.

Dated: October 13, 2017    KERR & WAGSTAFFE LLP

By:___/s/_____
  Frank Busch, Esq.
  Attorney for Plaintiff
  Email: busch@kerrwagstaffe.com

Dated: October 13, 2017    THE CARDOZA LAW OFFICES, INC.

By:___/s/_____
  Jacqueline C. Murphy, Esq.
  Attorney for Defendant
  Emergency Construction Services, Inc.
  Email: jmurphy@cardolaw.com

# ORDER

PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWING, IT IS SO ORDERED that Defendant Emergency Construction Services, Inc.'s answer to Plaintiff's Complaint is due on November 14, 2017 or twenty-one (21) days after the filing of an amended complaint.

Dated: October 16, 2017  /s/ John A. Mendez_____
Hon. John A. Mendez
U.S. District Court Judge
Eastern District of California