**CLAUDIA M. QUINTANA**
City Attorney, SBN 178613
**BY: ELI FLUSHMAN**
Deputy City Attorney, SBN 278209
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA 94590
Tel: (707) 648-4545
Fax: (707) 648-4687

**KEITH R. SCHIRMER, ESQ.**, SBN 087691
Edrington, Schirmer & Murphy LLP
2300 Contra Costa Blvd. Suite #450
Pleasant Hill, CA 94523
Tel: (925) 827-3300
Fax: (925) 827-3320

Attorneys for Defendants:
CITY OF VALLEJO, VINCENT SPROETE, JACK MCARTHUR, DANIEL E. KEEN, LONELL BUTLER, ROBERT CHAMBERS, and MICHELLE HIGHTOWER

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| MYRTLE STREET FLATS LLC, d/b/a Sunrise Properties,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF VALLEJO, a public entity, VINCENT SPROETE, an individual, JACK MCARTHUR, an individual, DANIEL E. KEEN, an individual, LONELL BUTLER, an individual, ROBERT CHAMBERS, an individual, MICHELLE HIGHTOWER, an individual, EMERGENCY CONSTRUCTION SERVICES, INC., a California corporation and DOES 1-25,<br><br>Defendants. | Case No. 2:17-CV-01662-JAM-KJN<br><br>**STIPULATION AND ORDER RE: JOINT STATUS REPORT** |

Plaintiff MYRTLE STREET FLATS, LLC, d/b/a Sunrise Properties and Defendants

EMERGENCY CONSTRUCTION SERVICES, INC. and CITY OF VALLEJO, VINCENT SPROETE, JACK MCARTHUR, DANIEL E. KEEN, LONELL BUTLER, ROBERT CHAMBERS, and MICHELLE HIGHTOWER, by and through their counsel of record hereby respectfully request the Court reschedule the due date of the parties' joint status report until a date after the Motion to Dismiss and Motion for Preliminary Injunction hearings set on November 7, 2017.

The parties need additional time to complete the joint status report because Defendants' associated counsel joined the case on October 18, 2107, two days before the joint status report was due. Additionally, the parties met and conferred on October 19, 2017 by telephone and agreed much of the substantive information identified in the Court's Order Requiring Joint Status Report (Docket No. 3), including the Rule 26(f) discovery plan, could be more easily answered after the November 7, 2017 hearings.

Now, therefore, IT IS HEREBY STIPULATED by and between the parties to this action as follows:

1. The deadline to complete joint status report shall be continued until November 21, 2017 or an alternate date convenient for the Court.

IT IS SO STIPULATED.

DATED: October 20, 2017          KERR & WAGSTAFFE, LLP

*/s/ Frank Busch*
James M. Wagstaffe, Esq.
Frank Busch, Esq.
Attorney for Plaintiff
MYRTLE STREET FLATS LLC,
d/b/a Sunrise Properties

///

///

DATED: October 20, 2017  CITY OF VALLEJO

*/s/ Eli Flushman*
Eli Flushman, Esq.
Deputy City Attorney
Attorney for Defendants,
CITY OF VALLEJO, VINCENT SPROETE,
JACK MCARTHUR, DANIEL E. KEEN,
LONELL BUTLER, ROBERT CHAMBERS,
and MICHELLE HIGHTOWER

DATED: October 20, 2017  EDRINGTON, SCHIRMER & MURPHY LLP

*/s/ Keith R. Schirmer*
Keith R. Schirmer, Esq.
Attorney for Defendants
CITY OF VALLEJO, VINCENT SPROETE,
JACK MCARTHUR, DANIEL E. KEEN,
LONELL BUTLER, ROBERT CHAMBERS,
and MICHELLE HIGHTOWER

DATED: October 20, 2017  THE CARDOZA LAW OFFICES

*/s/ Jacqueline C. Murphy*
Jacqueline C. Murphy, Esq.
Attorney for Defendant
EMERGENCY CONSTRUCTION
SERVICES, INC.

///

///

# ORDER

Based on the stipulation of the parties, and good cause appearing therefor, IT IS ORDERED that the deadline to complete the joint status report is continued to 11/21/2017.

IT IS SO ORDERED.

DATED: 10/23/2017

/s/ John A. Mendez
U. S. District Court Judge