Michael E. Cardoza, Esq. (SBN 52264)
Jacqueline C. Murphy, Esq. (SBN 187732)
THE CARDOZA LAW OFFICES, INC.
1407 Oakland Blvd., Suite 200
Walnut Creek, California 94596
Telephone: (925) 274-2900
Facsimile: (925) 274-2910
Email: jmurphy@cardolaw.com

Attorneys for Defendant
Emergency Construction Services, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MYRTLE STREET FLATS, LLC, | Case No. 2:17-CV-01662-JAM-KJN |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT EMERGENCY CONSTRUCTION SERVICES, INC. TO FILE AN ANSWER TO PLAINTIFF'S COMPLAINT** |
| vs. | |
| CITY OF VALLEJO, a public entity; VINCENT SPROETE, an individual; JACK McARTHUR, an individual; DANILE E. KEEN, an individual; LONELL BUTLER, an individual; ROBERT CHAMBERS, an individual; MICHELLE HIGHTOWER, an individual; EMERGENCY CONSTRUCTION SERVICES, INC., a California Corporation; and DOES 1-25, | |
| Defendants. | |

Pursuant to Civil L.R. 144(a), Plaintiff Myrtle Street Flats, LLC ("Plaintiff") and Defendant Emergency Construction Services, Inc., ("Defendant") by and through their attorneys of record, respectfully request that the Court give effect to this stipulation related to extending the time for Defendant to file an Answer to Plaintiff's Complaint. The parties, through counsel, hereby stipulate as follows:

1. Plaintiff filed its Complaint on August 10, 2017.

2. The original deadline for Defendant to file a response to the Complaint was September 12, 2017.

3. After meeting and conferring, Defendant agreed to extend the deadline to October 12, 2017 for Defendant to file a response to the Complaint.

4. On October 16, 2017, the Court granted Plaintiff and Defendant's stipulation to extend the deadline for Defendant to file an answer to the complaint to November 14, 2017 or twenty-one (21) days after the filing of an amended complaint.

5. At this time, Plaintiff does not know whether it will be filing an amended complaint as the Court has not issued an Order on Defendant City of Vallejo's Motion to Dismiss.

6. Plaintiff and Defendants have met and conferred again regarding Defendant's deadline to file an answer to Plaintiff's Complaint. Due to the uncertainty of whether Plaintiff will be filing an amended complaint, the parties agreed to extend the deadline for Defendant to file an answer to Plaintiff's Complaint until after the Court issues an Order on Defendant City of Vallejo's Motion to Dismiss.

7. If the Court grants the request to extend the deadline, Defendant's answer would be due on December 14, 2017 or twenty-one (21) days after the filing of an amended complaint.

Dated: November 13, 2017        KERR & WAGSTAFFE LLP

By:___/s/_____
　　Frank Busch, Esq.
　　Attorney for Plaintiff
　　Email: busch@kerrwagstaffe.com

Dated: November 13, 2017        THE CARDOZA LAW OFFICES, INC.

By:___/s/_____
　　Jacqueline C. Murphy, Esq.
　　Attorney for Defendant
　　Emergency Construction Services, Inc.
　　Email: jmurphy@cardolaw.com

ORDER

PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWING, IT IS SO ORDERED that Defendant Emergency Construction Services, Inc.'s answer to Plaintiff's Complaint is due on December 14, 2017 or twenty-one (21) days after the filing of an amended complaint.

Dated: November 13, 2017

**/s/ JOHN A. MENDEZ**
Hon. John A. Mendez
U.S. District Court
Eastern District of California