1 JAMES M. WAGSTAFFE (95535)
wagstaffe@kerrwagstaffe.com
2 FRANK BUSCH (258288)
busch@kerrwagstaffe.com
3 **KERR & WAGSTAFFE LLP**
101 Mission Street, 18th Floor
4 San Francisco, CA 94105–1727
Telephone: (415) 371-8500
5 Fax: (415) 371-0500

6 Attorneys for Plaintiff
MYRTLE STREET FLATS LLC, d/b/a Sunrise
7 Properties

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYRTLE STREET FLATS LLC, d/b/a Sunrise Properties,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF VALLEJO, a public entity, VINCENT SPROETE, an individual, JACK McARTHUR, an individual, DANIEL E. KEEN, an individual, LONELL BUTLER, an individual, ROBERT CHAMBERS, an individual, MICHELLE HIGHTOWER, an individual, EMERGENCY CONSTRUCTION SERVICES, INC., a California corporation, and DOES 1-25<br><br>Defendants. | Case No. 2:17-cv-01662-JAM-KJN<br><br>**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271** |

Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program. The parties do not presently request a stay of any matters, as they believe the Court's rulings on the pending motions—Sunrise's motion for a preliminary injunction (Dkt. No. 3) and Vallejo's motion to dismiss (Dkt. No. 12)—will assist

1

the parties in productively participating in the Voluntary Dispute Resolution Program.

Date: November 22, 2017 **KERR & WAGSTAFFE LLP**

By: /s/ Frank Busch
    FRANK BUSCH

Attorneys for Plaintiff
MYRTLE STREET FLATS LLC
d/b/a Sunrise Properties

Date: November 22, 2017 **EDRINGTON, SCHIRMER & MURPHY LLP**

By: /s/ Jordan C. Meyer (as authorized on 11/21/2017).
    JORDAN C. MEYER

Attorneys for Defendants
CITY OF VALLEJO, VINCENT SPROETE, JACK MCARTHUR, DANIEL E. KEEN, LONELL BUTLER, ROBERT CHAMBERS, and MICHELLE HIGHTOWER

Date: November 22, 2017 **THE CARDOZA LAW OFFICES**

By: /s/ Jacqueline C. Murphy (as authorized on 11/21/2017).
    JACQUELINE C. MURPHY

Attorneys for Defendant
EMERGENCY CONSTRUCTION SERVICES, INC.

IT IS SO ORDERED.

Date: November 22, 2017 **/s/ JOHN A. MENDEZ**
    HON. JOHN A. MENDEZ
    UNITED STATES DISTRICT COURT JUDGE