JAMES WAGSTAFFE (95535)
wagstaffe@wvbrlaw.com
FRANK BUSCH (258288)
busch@wvbrlaw.com
**WAGSTAFFE, VON LOEWENFELDT,
BUSCH & RADWICK LLP**
100 Pine Street, Suite 725
San Francisco, CA 94111
Telephone: (415) 357-8900
Fax: (415) 357-8910

Attorneys for Plaintiff
MYRTLE STREET FLATS LLC, d/b/a Sunrise Properties

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYRTLE STREET FLATS LLC, d/b/a Sunrise Properties,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF VALLEJO, a public entity, VINCENT SPROETE, an individual, JACK McARTHUR, an individual, DANIEL E. KEEN, an individual, LONELL BUTLER, an individual, ROBERT CHAMBERS, an individual, MICHELLE HIGHTOWER, an individual, EMERGENCY CONSTRUCTION SERVICES, INC., a California corporation, and DOES 1-25<br><br>Defendants. | Case No. 2:17-cv-01662-JAM-KJN<br><br>**ORDER GRANTING STIPULATION TO CONTINUE CASE SCHEDULE**<br><br>Judge: Hon. John A. Mendez |

ORDER

# ORDER (AS MODIFIED BY THE COURT)

Having read the stipulation submitted concurrently with this order, and Magistrate Judge Newman's March 15, 2019 Discovery Order at ECF No. 66, the Court finds good cause to rule as follows:

This Court's Pre-Trial Scheduling Order, ECF No. 45, is MODIFIED as follows:

| Date | Event |
| --- | --- |
| March 29, 2019 | Close of Fact Discovery[1] |
| May 14, 2019 | Vallejo's deadline to submit additional expert report |
| June 13, 2019 | Plaintiff's deadline to submit additional rebuttal report |
| July 8, 2019 | Close of Expert Discovery |
| July 26, 2019 | Deadline to meet-and-confer regarding summary judgment motion(s) |
| August 23, 2019 | Deadline to file Plaintiff's motion for summary judgment[2] |
| September 27, 2019 | Deadline to file Defendants' cross-motion and opposition |
| October 25, 2019 | Deadline to file Plaintiff's cross-opposition and reply |
| November 8, 2019 | Deadline to file Defendants' reply |
| **December 10, 2019 at 1:30 p.m.** | Hearing on Summary Judgment motions |
| **February 7, 2020 at 10:00 a.m.** | Final Pretrial Conference |
| March 30, 2020 at 9:00 a.m. | Trial of Matter |

---

[1] Three fact depositions may occur after this date: (1) the deposition of Defendant Emergency Construction Services, Inc., should Plaintiff desire to take that deposition; (2) the deposition of Michele Hightower, should Vallejo elect to call her as a witness; and (3) the deposition of Adam Young, should Vallejo elect to call him as a witness.

[2] In the event no cross-motions are filed, this deadline will not apply and the remaining three deadlines shall govern the briefing schedule.

//

//

IT IS SO ORDERED.

DATED: March 19, 2019

/s/ John A. Mendez
H<small>ON</small>. J<small>OHN</small> A. M<small>ENDEZ</small>