JAMES WAGSTAFFE (95535)
wagstaffe@wvbrlaw.com
FRANK BUSCH (258288)
busch@wvbrlaw.com
**WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK LLP**
100 Pine Street, Suite 725
San Francisco, CA 94111
Telephone: (415) 357-8900
Fax: (415) 357-8910

Attorneys for Plaintiff
MYRTLE STREET FLATS LLC, d/b/a Sunrise Properties

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYRTLE STREET FLATS LLC, d/b/a Sunrise Properties,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF VALLEJO, a public entity, VINCENT SPROETE, an individual, JACK McARTHUR, an individual, DANIEL E. KEEN, an individual, LONELL BUTLER, an individual, ROBERT CHAMBERS, an individual, MICHELLE HIGHTOWER, an individual, EMERGENCY CONSTRUCTION SERVICES, INC., a California corporation, and DOES 1-25<br><br>Defendants. | Case No. 2:17-cv-01662-JAM-KJN<br><br>**STIPULATION TO CONTINUE PRE-TRIAL CONFERENCE AND FOR REFERRAL TO SETTLEMENT CONFERENCE**<br><br>Judge:    Hon. John A. Mendez |

STIPULATION TO CONTINUE PRE-TRIAL CONFERENCE

## STIPULATION

This Stipulation is made and entered into by and between Plaintiff MYRTLE STREET FLATS LLC, d/b/a Sunrise Properties. ("Plaintiff") and Defendant City of Vallejo ("Defendant"), collectively ("the Parties"), in order to continue the pre-trial conference presently set for November 13, 2020 as the Parties have been engaged in settlement negotiations and believe this matter can be resolved.  The Parties through their respective counsel of record, agree and stipulate, as follows:

1. That the date for the final pretrial conference currently set for Friday, November 13, 2020 and the date for the parties to file a joint pretrial statement be extended for a period of ninety (90) days in order to allow the parties sufficient time to explore settlement negotiations.

2. That the Court refer this matter to a magistrate judge to conduct a court convened settlement conference via remote means at the convenience of the Court.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED: October 23, 2020          **WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK LLP**

By: */s/ Frank Busch*
    FRANK BUSCH
    Attorneys for Plaintiff
    MYRTLE STREET FLATS LLC
    d/b/a Sunrise Properties

DATED:  October 23, 2020          */s/ Katelyn Knight*  (as authorized on 10/23/2020)
    KATELYN M. KNIGHT
    Assistant City Attorney
    Attorneys for Defendant CITY OF VALLEJO

- 1 -
STIPULATION TO CONTINUE PRE-TRIAL CONFERENCE

1   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

4   DATED:  October 23, 2020                /s/ John A. Mendez
                                            THE HONORABLE JOHN A. MENDEZ
                                            UNITED STATES DISTRICT COURT JUDGE