**VERONICA A.F. NEBB**
City Attorney, SBN 140001
**BY:    KATELYN M. KNIGHT**
Assistant City Attorney, SBN 264573
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, 3rd Floor
Vallejo, CA  94590
Tel:    (707) 648-4545
Fax:    (707) 648-4687
Email: katelyn.knight@cityofvallejo.net

Attorneys for Defendant CITY OF VALLEJO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| MYRTLE STREET FLATS LLC, d/b/a Sunrise Properties,<br><br>    Plaintiff,<br>vs.<br>CITY OF VALLEJO, a public entity, VINCENT SPROETE, an individual, JACK MCARTHUR, an individual, DANIEL E. KEEN, an individual, LONELL BUTLER, an individual, ROBERT CHAMBERS, an individual, MICHELLE HIGHTOWER, an individual, EMERGENCY CONSTRUCTION SERVICES, INC., a California corporation and DOES 1-25,<br><br>    Defendants. | Case No. 2:17-CV-01662-JAM-KJN<br><br>**STIPULATION TO VACATE UPCOMING HEARING DATES AND CONTINUE DEADLINE FOR DISMISSAL** |

   This Stipulation is made and entered into by and between Plaintiff MYRTLE STREET FLATS LLC, d/b/a Sunrise Properties. ("Plaintiff") and Defendant City of Vallejo ("Defendant"), collectively ("the Parties"), to continue the present dismissal deadline and vacate upcoming hearing dates and trial.  The Parties through their respective counsel of record, agree and stipulate, as follows:

WHEREAS, on May 19, 2021 the parties participated in a settlement conference before the Honorable Deborah Barnes and reached an agreement regarding the key terms of settlement, with the parties to finalize a written settlement agreement;

WHEREAS, the Court directed dismissal to be filed within 60 days;

WHEREAS, the parties have just finalized and executed the settlement agreement, but cannot yet dismiss as payment has not been made;

WHEREAS, the pretrial conference remains set for August 20, 2021 and trial set for November 1, 2021;

**THE PARTIES AGREE AND STIPULATE** through counsel of record that the upcoming pretrial conference and trial dates be vacated, and the deadline to file dismissal pursuant to the parties' settlement agreement be continued 60 days.

**IT IS SO STIPULATED.**

DATED: July 16, 2021

**WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK LLP**

By: */s/ Frank Busch*
FRANK BUSCH
Attorneys for Plaintiff
MYRTLE STREET FLATS LLC
d/b/a Sunrise Properties

DATED:  July 20, 2021

*/s/ Katelyn M. Knight*
KATELYN M. KNIGHT
Assistant City Attorney
Attorney for Defendant CITY OF VALLEJO

1  **IT IS SO ORDERED.**

2

3

4  DATED: July 20, 2021                    /s/ John A. Mendez

5                                          THE HONORABLE JOHN A. MENDEZ
                                           UNITED STATES DISTRICT COURT JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28