JAMES WAGSTAFFE (95535)
wagstaffe@wvbrlaw.com
FRANK BUSCH (258288)
busch@wvbrlaw.com
**WAGSTAFFE, VON LOEWENFELDT,**
**BUSCH & RADWICK LLP**
100 Pine Street, Suite 2250
San Francisco, CA 94111
Telephone: (415) 357-8900
Fax: (415) 357-8910


Attorneys for Plaintiff
MYRTLE STREET FLATS LLC, d/b/a Sunrise
Properties

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MYRTLE STREET FLATS LLC, d/b/a Sunrise Properties, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF VALLEJO, a public entity, VINCENT SPROETE, an individual, JACK McARTHUR, an individual, DANIEL E. KEEN, an individual, LONELL BUTLER, an individual, ROBERT CHAMBERS, an individual, MICHELLE HIGHTOWER, an individual, EMERGENCY CONSTRUCTION SERVICES, INC., a California corporation, and DOES 1-25 <br><br> Defendants. | Case No. 2:17-cv-01662-JAM-KJ <br><br> **STIPULATION DISMISSING CLAIMS AGAINST CITY OF VALLEJO WITH PREJUDICE; ORDER GRANTING STIPULATION** |

**STIPULATION**

Myrtle Street Flats LLC d/b/a/ Sunrise Properties ("Sunrise"), on the one hand, and City of Vallejo ("Vallejo") on the other hand, through their attorneys of record who are authorized to sign this stipulation on their behalves, hereby stipulate as follows:

WHEREAS, Sunrise and Vallejo entered into a settlement agreement with an effective date of July 15, 2021, the terms of which are incorporated into this stipulation by reference (the "Settlement Agreement");

WHEREAS, Vallejo has performed its initial payment obligation pursuant to the Settlement Agreement;

WHEREAS the Settlement Agreement provides that Sunrise's claims against Vallejo shall therefore be dismissed with prejudice, with each party to bear its own costs and attorneys' fees; and

WHEREAS the settlement agreement provides that this Court shall retain jurisdiction for the purposes of enforcing the terms of this Settlement Agreement;

NOW THEREFORE, it is STIPULATED as follows:

1. Sunrise's claims against Vallejo are dismissed with prejudice.
2. Sunrise and Vallejo shall each bear their own costs and fees related to their dispute.
3. This stipulated dismissal is expressly conditioned upon the Court retaining jurisdiction for the purposes of enforcing the terms and conditions of the Settlement Agreement, as reflected in the proposed order below.

//
//
//
//
//
//

- 1 -

1

2   DATED: September 22, 2021                    **WAGSTAFFE, VON LOEWENFELDT,**
                                                 **BUSCH & RADWICK LLP**

3

4                                                By: _/s/ Frank Busch_____
                                                      FRANK BUSCH

5                                                Attorneys for Plaintiff
                                                 MYRTLE STREET FLATS LLC

6                                                d/b/a Sunrise Properties

7

8   DATED: September 22, 2021                    **CITY OF VALLEJO**

9

10                                               By: _/s/ Katelyn Night_(as authorized on 9/17/21)

11                                               KATELYN KNIGHT
                                                 Attorneys for Defendant

12                                               CITY OF VALLEJO

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -
STIPULATION DISMISSING CLAIMS AGAINST CITY OF VALLEJO

## **<u>ORDER</u>**

PURSUANT TO STIPULATION, the Court hereby orders as follows:

1.   Sunrise's claims against Vallejo are dismissed with prejudice.

2.   Sunrise and Vallejo shall each bear their own costs and fees related to their dispute.

3.   This dismissal is expressly conditioned upon the Court retaining jurisdiction for the purposes of enforcing the terms and conditions of the Settlement Agreement, which the Court hereby does.

IT IS SO ORDERED.

Dated:  September 22, 2021                         /s/ John A. Mendez
_____
                                                              THE HONORABLE JOHN A. MENDEZ
                                                              UNITED STATES DISTRICT COURT JUDGE

STIPULATION DISMISSING CLAIMS AGAINST CITY OF VALLEJO